# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

157705 & (131)(132)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

          SC:  157705
          COA:  324853
          Dickinson CC:  07-015064-DM

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.
_____/

On order of the Court, the motion for extension of time to file a reply and the motion to exceed the page limit are GRANTED.  The application for leave to appeal the March 22, 2018 judgment of the Court of Appeals is considered, and it is GRANTED.  The parties shall include among the issues to be briefed:  (1) whether the principles set forth in *Howell v Howell*, ___ US ___; 137 S Ct 1400; 197 L Ed 2d 781 (2017), apply to combat-related special compensation (CRSC), 10 USC 1413a; (2) if so, whether *Megee v Carmine*, 290 Mich App 551 (2010), remains good law in light of *Howell*; and (3) whether the Court of Appeals was correct in upholding the Dickinson Circuit Court's November 6, 2014 contempt order against the defendant.  The time allowed for oral argument shall be 20 minutes for each side.  MCR 7.314(B)(1).

Operation Firing for Effect, Forgotten Warriors Project, Inc., and Veterans of Foreign Wars Insurance Institute of Michigan are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



Clerk

p1031